```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3054 |
| | ) | |
| v. | ) | |
| | ) | |
| DEBORAH V. VASQUEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion, filing no. 42, to file restricted documents is granted.

DATED this 15th day of October, 2008.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge