```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )            4:07CR3054
                               )
      v.                       )
                               )
DEBORAH V. VASQUEZ,            )              ORDER
                               )
            Defendant.         )
                               )
```

Following a telephone conference with counsel this date,

IT IS ORDERED:

Another telephone conference will be held on July 30, 2009 at 10:00 a.m. for the purpose of scheduling this case to trial. Plaintiff's counsel shall initiate the call.

DATED May 26, 2009.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge