IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3054 |
| | ) | |
| V. | ) | |
| | ) | |
| DEBORAH V. VASQUEZ, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

On November 5, 2009, I held a telephone conference with counsel. While the defendant reportedly still wants to enter a guilty plea, her counsel advises that she remains disabled due to a back injury and unable to travel. Counsel for the defendant indicated that the defendant is currently taking a powerful pain medication and that her doctor advises against travel. Counsel for both sides suggested that this matter be continued and that another status conference be scheduled. While I agreed with that approach, I suggested that counsel for the defendant should endeavor to provide counsel for the government with the pertinent medical records documenting the defendant's condition and inability to travel. Counsel for the defendant agreed that he would try to do so. Accordingly,

IT IS ORDERED that:

1. This matter is continued until February 1, 2010 at 1:15 PM at which I will conduct a telephone status conference with counsel. My judicial assistant shall arrange that conference.

2. The time between today's date and the date of a plea or trial is excluded from computation under the Speedy Trial Act in the interests of justice, and, specifically, because the defendant cannot now travel or appear in court due to her medical condition and it is uncertain when she will be able to do so. 18 U.S.C. § 3161.

DATED this 6th day of November, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge