IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3054 |
| | ) | |
| V. | ) | |
| | ) | |
| DEBORAH V. VASQUEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

Today, counsel informed me that they had reached a tentative agreement for the defendant to plead guilty and to transfer this case to Arizona. That process will take some time, so said the lawyers. Therefore, and with the agreement of counsel,

IT IS ORDERED that:

1. Further progression of this case will be held in abeyance.

2. If this case has not been transferred to the District of Arizona by Monday, May 3, 2010, counsel for the government shall thereafter arrange a telephone conference with the undersigned and counsel for the defendant to discuss the status of this matter.

3. The time between February 1, 2010 and May 3, 2010, is excluded for computation purposes under the Speedy Trial Act in the interests of justice. *See* 18 U.S.C. 3161(h)(7)(A)&(B).

DATED this 1st day of February, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge