IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3054 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| DEBORAH V. VASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

A telephonic conference was held regarding the transfer of this case to Arizona, and the defendant's intent to enter a plea of guilty upon transfer to that forum. Counsel for the defendant advises that defendant Vasquez remains under medical treatment in Arizona and still intends to enter a plea of guilty, but is currently seeking legal advice from Arizona counsel regarding the proposed plea agreement. The parties anticipate the plea agreement will be finalized and the case transferred to Arizona within the next sixty days. Accordingly,

IT IS ORDERED:

1) Further progression of this case will be held in abeyance.

2) If this case has not been transferred to the District of Arizona by Friday, July 2, 2010, counsel for the government shall thereafter arrange a telephone conference with the undersigned and counsel for the defendant to discuss the status of this matter.

3) The time between May 3, 2010 and July 2, 2010, is excluded for computation purposes under the Speedy Trial Act in the interests of justice. See 18 U.S.C. 3161(h)(7)(A)&(B).

DATED this 5th day of May, 2010.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge