THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR03054 |
| | ) | |
| v. | ) | |
| | ) | |
| DEBORAH V. VASQUEZ, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The defendant is currently in Arizona, is still receiving medical care, and her ability to travel remains restricted. She has therefore orally moved to continue her plea hearing currently scheduled for November 1, 2010. The government does not oppose the motion. The court finds the requested continuance should be granted.

Accordingly,

IT IS ORDERED:

1)  The defendant's change of plea hearing is continued pending further order of the court.

2)  The ends of justice served by granting defendant's request to continue the plea hearing outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and the anticipated plea of guilty, shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act, for the reason that defendant's ongoing medical problems limit her ability to appear in this jurisdiction, and the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7).

DATED this 29th day of October, 2010.

BY THE COURT:
s/ *Cheryl R. Zwart*
United States Magistrate Judge