IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3054 |
| | ) | |
| v. | ) | |
| | ) | |
| DEBORAH V. VASQUEZ, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

The defendant's motion for transport, (filing no. 79), has been granted. Defendant remains indigent and in need of non-custodial transportation and subsistence for travel to and from Phoenix, Arizona to Omaha, Nebraska. Accordingly,

IT IS ORDERED:

1) The U.S. Marshal shall provide non-custodial transportation and subsistence only during the period of travel for defendant to travel from Phoenix, Arizona to Omaha, Nebraska for her change of plea hearing scheduled in Lincoln, Nebraska on March 28, 2011 at 9:30 a.m. **The defendant shall arrive in Omaha, Nebraska no later than 7:00 p.m. on Sunday, March 27, 2011.**

2) Due to defendant's physical limitations, all travel shall be air travel with subsistence.

DATED this 18th day of March, 2011.

BY THE COURT:

s/ *Cheryl R. Zwart*
United States Magistrate Judge