IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3054 |
| | ) | |
| V. | ) | |
| | ) | |
| DEBORAH V. VASQUEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Defendant requests a continuance of the Change of Plea Hearing set for March 28, 2011 at 9:30 a.m.  Defendant's counsel advised the Court that Ms. Vasquez missed boarding her plane in Phoenix, Arizona on Sunday, March 27, 2011.  After consulting with the government, the parties' agree to the continuance,

IT IS ORDERED:

1)   The defendant's change of Plea Hearing is continued  to April 20, 2011 at 11:00 a.m.

2)   The ends of justice served by granting defendant's request to change the plea hearing outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and the anticipated plea of guilty, shall be deemed excluded in any computation of time under the requirements of the Speedy Trial Act, for the reason that defendant's counsel requires additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice.  18 U.S.C. § 3161(h)(7).

DATED this 28th day of March, 2011.          BY THE COURT:

                                           *S/ Cheryl R. Zwart*
                                           United States Magistrate Judge