IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3054 |
| | ) | |
| v. | ) | |
| | ) | |
| DEBORAH V. VASQUEZ, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant's motion for transport, (filing no.85), has been granted. Defendant remains indigent and in need of non-custodial transportation and subsistence for travel to and from Phoenix, Arizona to Omaha, Nebraska. Accordingly,

IT IS ORDERED:

1) The U.S. Marshal shall provide non-custodial transportation and subsistence only during the period of travel for defendant to travel from Omaha, Nebraska to Phoenix, Arizona after her change of plea hearing is concluded, **her departure to occur on Tuesday, April 20, 2011 in the late afternoon or early evening.**

2) Due to defendant's physical limitations, all travel shall be air travel with subsistence.

DATED this 29th day of March, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge