IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3054 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| DEBORAH V. VASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Deborah Vasquez remains indigent and in need of non-custodial transportation and subsistence for travel from Phoenix, Arizona to Lincoln, Nebraska to attend a hearing on June 9, 2011 at 2:00 p.m. This defendant has chronic health problems and needs air transportation.

Accordingly,

IT IS ORDERED that the U.S. Marshal shall provide non-custodial **air** transportation and subsistence only during the period of travel for defendant Deborah Vasquez to travel from Phoenix, Arizona to Lincoln, Nebraska to appear at her hearing scheduled in Lincoln, Nebraska on June 9, 2011 at 2:00 p.m.

DATED this 26th day of May, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge