IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3054 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| DEBORAH V. VASQUEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant remains indigent and in need of non-custodial transportation and subsistence for travel from Lincoln, Nebraska to Phoenix, Arizona. The defendant has significant health issues and must travel by air.

Accordingly,

IT IS ORDERED:

1) The U.S. Marshal shall provide non-custodial *air* transportation and subsistence for defendant to travel from Lincoln, Nebraska to Phoenix, Arizona on June 9, 2011 or as soon thereafter as reasonable.

2) After travel arrangements have been made by the Marshal, the defendant shall be released to be transported by her counsel to the airport.

DATED this 9th day of June, 2011.

BY THE COURT:
*s/ Cheryl R. Zwart*
United States Magistrate Judge