IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3054 |
| | ) | |
| v. | ) | |
| | ) | |
| DEBORAH V. VASQUEZ, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1) The Marshal shall immediately release the defendant to her counsel.

2) Defense counsel shall provide a phone number to the Marshal so the Marshal can call and confirm the travel arrangements.

3) The Marshal shall promptly contact defense counsel when the travel arrangements are complete, and advise defense counsel of the arrangements that have been made..

DATED this 9th day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge