IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3054 |
| | ) | |
| v. | ) | |
| | ) | |
| DEBORAH V. VASQUEZ, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

Upon defendant's motion to modify the conditions of her release, (filing no. 109),

IT IS ORDERED:

The defendant shall comply the court's prior order setting conditions of release, (filing 8), except as modified hereafter:

A) Paragraph (r) of the filing no. 8 order is replaced with the following:

    1) The defendant shall fully participate in an Interim Treatment Plan provided by Maverick House in Arizona, to include:

        a. attending and fully participating in NCADD (National Council on Alcoholism and Drug Dependence, Greater Phoenix Area) Intensive Outpatient Treatment as directed beginning on June 13, 2011; and

        b. attending a twelve-step style program at least 3 times a week and obtaining a sponsor.

    2) The defendant shall attend and fully cooperate and participate in a Dual Diagnosis Evaluation through TERROS in Arizona on June 15, 2011, to determine what mental health counseling or services she may need outside of addiction issues.

B. The court anticipates ordering the defendant to comply with any recommendations based on the any drug treatment evaluations, dual diagnosis evaluations, and any other recommendations made by Maverick House. Copies of any evaluator's report and recommendations shall promptly be provided to counsel for the government, defense counsel, and the court. The defendant shall pay all or a portion of the treatment in an amount and on a schedule to be arranged by pretrial services.

C. The defendant shall seek medical care for any new or ongoing physical problems, and to the extent that care includes taking prescription medications, she shall fully advise her mental health and addiction treatment providers of all prescription medications, and any changes in type or dosage of medication prescribed or taken.

DATED this 10th day of June, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge